**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-16-0000832**
**15-OCT-2018**
**07:55 AM**

NO. CAAP-16-0000832

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BRENT L. OLSON, Plaintiff-Appellant,
v.
THEODORE VAN GELDER, REBECCA L. THOMAS;
HSBC BANK USA, N.A.; ASB HAWAII, INC.;
AMERICAN SAVINGS BANK, F.S.B., Defendants-Appellees,
and
DOE DEFENDANTS 1-50, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 16-1-0095(1))

ORDER APPROVING STIPULATION FOR DISMISSAL
(By: Ginoza, Chief Judge, Reifurth and Chan, JJ.)

Upon consideration of the "Stipulation for Dismissal With Prejudice of All Claims and Parties" filed on September 27, 2018, by Defendant-Appellee HSBC Bank USA, N.A., and the record, it appears that:

(1) the appeal was docketed on November 22, 2016;

(2) the parties stipulate to dismiss the appeal with prejudice, pursuant to Rule 42(b) of the Hawai'i Rules of Appellate Procedure;

(3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and

(4) the parties agree to bear their own costs and attorneys' fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees incurred with respect to this appeal.

DATED: HONOLULU, HAWAI'I, October 15, 2018.


Chief Judge


Associate Judge


Associate Judge